IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

            Plaintiff,

    v.

REAL PROPERTY LOCATED AT 163 70TH
AVENUE, CLAYTON, POLK COUNTY,
WISCONSIN, WITH ALL APPURTENANCES      Case No.  10-CV-590
AND IMPROVEMENTS THEREON,

AND

ONE 2003 GMC SAVANA G1500 VAN,
VIN: 1GDFG15T931111901

            Defendants.

---

ORDER OF FORFEITURE

---

Upon application of the United States of America, and review of the entire file in this case, the Court hereby finds:

1.      The Stipulated Settlement Agreement is incorporated herein by reference and attached to this Order of Forfeiture.

2.      The 2003 GMC Savana G1500 Van, VIN: 1GDFG15T931111901 is condemned and forfeited to the United States of America pursuant to Title 21, United States Code, Section 881(a)(4).

3.      In accordance with the terms of the stipulation, the government has received the initial payment of substitute res for the defendant real property located at

163 70TH Avenue, Clayton, Polk County, Wisconsin of forty thousand dollars ($40,000) from Michael C. Field.  The remaining thirty-five thousand dollars ($35,000) substitute <u>res</u> is due on or before February 28, 2013.

4.      The total seventy-five thousand dollars ($75,000.00) substitute <u>res</u> for the defendant real property located at 163 70TH Avenue, Clayton, Polk County, Wisconsin, is condemned and forfeited to the United States of America pursuant to Title 21, United States Code, Section 881(a)(7).

5.      The government is to file a release of lis pendens with the register of deeds for Polk County upon payment of the entire seventy-five thousand dollars ($75,000).

6.      The United States Marshal Service is directed to dispose of the 2003 GMC Savana G1500 Van, VIN: 1GDFG15T931111901 and the seventy-five thousand dollars ($75,000.00) substitute <u>res</u> in accordance with federal law.

ORDERED this 27th day of December 2012.

WILLIAM M. CONLEY
United States District Court Judge

2